**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| GREAT NEW HAMPSHIRE RESTAURANTS INC., <br><br>           Plaintiff, <br>     v. <br><br> GRUBHUB INC., <br><br>           Defendant | **Case No.: 1:20-CV-00284-LM** |

**NOTICE OF DISMISSAL**

    PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Great New Hampshire Restaurants Inc. hereby voluntarily dismisses with prejudice the complaint against defendant Grubhub Inc..

    Dated on this 29th day of May, 2020.

                                                     **RATH, YOUNG AND PIGNATELLI, P.C.**

                                                     By: _/s/ R. Terry Parker_

                                                     R. Terry Parker, Esquire
                                                   RATH, YOUNG and PIGNATELLI, P.C.
                                                   120 Water Street, Second Floor
                                                   Boston, MA 02109
                                                   Tel.: (603) 226-2600
                                                   Email: rtp@rathlaw.com

                                                   *Attorneys for Plaintiff*

**SO ORDERED**

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2020, I caused a copy of the foregoing to be served via electronic mail to:

Katie Armistead, Esq.
Assistant General Counsel
Grubhub, Inc.
karmistead@grubhub.com
111 W Washington, Ste 2100
Chicago, IL 60602


/s/ R. Terry Parker
R. Terry Parker